IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RONALD SATISH EMRIT, | CIVIL NO. 19-00124 JAO-RT |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| PRESIDENT DONALD TRUMP; UNITED STATES DEPARTMENT OF AGRICULTURE (USDA); UNITED STATES DEPARTMENT OF COMMERCE; FEDERAL TRADE COMMISSION (FTC); INTERNATIONAL TRADE COMMISSION (ITC), | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 18, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that the District Court Grant Plaintiff's Application to Proceed Without Prepaying Fees and Dismiss the Complaint Without Prejudice," ECF No. 5, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, April 2, 2019.



Jill A. Otake
United States District Judge

CIVIL NO. 19-00124 JAO-RT; *EMRIT V. TRUMP, et al.*; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION